IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00049-RPM-KMT

KANDIE TRUJILLO,

   Plaintiff,

v.

MEDICREDIT, INC.,

   Defendant.

_____

## ORDER OF DISMISSAL

_____

   Pursuant to the Stipulation of Dismissal with Prejudice [20], filed July 30, 2013, it is

   ORDERED that this action is dismissed with prejudice each party to pay their own

attorney's fees and costs.

   DATED:  July 31st, 2013

                    BY THE COURT:

                    s/Richard P. Matsch
                    _____
                    Richard P. Matsch, Senior District Judge